IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MARTY MOYERS,**

    Plaintiff,

v.

**CIVIL ACTION NO. 5:18-CV-21
(BAILEY)**

**RD EXPEDITED, INC.** and
**MOHAMMAD NAQIB,**

    Defendants.

### ORDER DISMISSING CASE

Inasmuch as the mediator in this case has advised this Court that the parties have reached a settlement agreement on all matters in the above-styled action [Doc. 24], it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** December 21, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE